**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| DENISE SELLERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:11-CV-190 |
| | § | |
| BNSF RAILWAY COMPANY, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum and Order signed March 18, 2013, summary judgment is granted in favor of Defendant BNSF Railway Company with respect to Plaintiff Denise Sellers's claims.  Plaintiff shall take nothing by her suit.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 18th day of March, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE